# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 20, 2025

### NO. 03-25-00069-CV

**Noriah Sabedra, Appellant**

**v.**

**Rogers Housing Authority, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF BELL COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE KELLY**

---

This is an appeal from the judgment signed by the trial court on January 22, 2025. Having reviewed the record, the Court holds that Noriah Sabedra has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.